**Reversed and Remanded and Majority and Dissenting Opinions filed April 2, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00900-CV

---

### LISSA WHYTE DOUGLAS, Appellant

### V.

### MARIA DEL CARMEN AGUILAR, Appellee

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2016-36005**

---

## DISSENTING OPINION

This case is remarkably similar to *Ginn v. Pierce*, No. 14-17-00742-CV, 2019 WL 4511328 (Tex. App.—Houston [14th Dist.] Sept. 19, 2019, no pet.). There, we reversed the trial court's denial of plaintiff's motion for directed verdict (as to liability) where defendant admitted fault. Here, defendant admitted responsibility and there was no evidence adduced at trial that plaintiff was contributorily negligent.

Finding nothing to reverse and concluding the majority erroneously finds otherwise while ignoring our precedent, I believe the trial court's ruling should be affirmed.

/s/     Meagan Hassan
        Justice

Panel consists of Justices Zimmerer, Spain, and Hassan (Zimmerer, J., majority).